**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VIBRAM S.P.A., and<br>VIBRAM USA, INC.<br><br>                Plaintiffs,<br><br>v.<br><br>FILA USA, INC.<br><br>                Defendant. | Civil Action No. 11-cv-11192-PBS |

**<u>JOINT STIPULATION OF DISMISSAL</u>**

    IT IS HEREBY STIPULATED AND AGREED by and among plaintiffs Vibram S.p.A. and Vibram USA, Inc., and defendant Fila USA, Inc., by their attorneys, that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action, including all claims, counterclaims and affirmative defenses, is hereby dismissed with prejudice.

2. The protective order entered by the Court shall remain in full force and effect notwithstanding the dismissal of the action.

3. Each party shall bear its own costs and fees.

Dated:  November 26, 2012                    Dated:   November 26, 2012


/s/ Michael J. Rye                           /s/ Francis H. Morrison III
Michael J. Rye                               Francis H. Morrison III
Andrew C. Ryan                               James D. Veltrop
Chad A. Dever                                Jeremy C. Lowe
Jamie E. Platkin                             Thomas K. Hedemann
CANTOR COLBURN LLP                           AXINN, VELTROP & HARKRIDER LLP
20 Church Street                             90 State House Square
Hartford, CT 06103                           Hartford, CT 06103
860-286-2929                                 Tel: 860.275.8100
Fax: 860-286-0115                            Fax: 860.275.8101

*Attorneys for Plaintiffs Vibram S.p.A. and*   *Attorneys for Defendant Fila USA, Inc.*
*Vibram USA, Inc.*


SO ORDERED: _____, 2012        _____
                                             Honorable Patti B. Saris
                                             United States District Judge


2

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing document was served on all counsel of record via the Court's ECF filing system on this 26th day of November 2012.

                                                      /s/Andrew C. Ryan
                                                       Andrew C. Ryan